Audrel Jack WATSON, Jr.,
Plaintiff-Appellant,

v.

Warden WRIGHT; R. E. Clarke; Mr. Graves; Ms. Jones; Unknown VA DOC Ombudsman; Unknown GEO/LVCC Individuals; Unknown VA DOC Individuals, Defendants-Appellees,

and

Harold Clarke; Unknown Chief Executive Officer of GEO, Defendants

No. 17-7435

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Audrel Jack Watson, Jr., Appellant Pro Se. Michael Gordon Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Audrel Jack Watson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no re-versible error. Accordingly, we affirm for the reasons stated by the district court. *Watson v. Wright*, No. 1:15-cv-01214-LMB-TCB (E.D. Va. Oct. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*